UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

MIRANDA ROBERTSON  
Plaintiff

CIVIL CASE NO. 2:22-cv-01391

versus

JUDGE JAMES CAIN

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY  
Defendant

MAGISTRATE JUDGE KAY

### PLAINTIFF'S FIRST AMENDING AND SUPPLEMENTAL COMPLAINT

NOW INTO COURT, comes Plaintiff, Miranda Robertson, through undersigned counsel, who respectfully represents that:

I.

Plaintiff amends the following paragraphs to her Original Complaint to state as follows:

II.

"3."

Defendant insured the property of Plaintiff located at 1712 Anita St., Sulphur, Louisiana under Policy No. 000045945219, which was in full force and effect on August 27, 2020, and October 9, 2020.

III.

"4"

Hurricane Laura struck the Gulf Coast from August 26-28, 2020, making landfall around 1:00 A.M. on August 27 near Cameron, Louisiana as a strong Category 4 hurricane. Hurricane and tropical storm force winds thrashed the surrounding areas, including the location of the insured property, for several hours. Shortly thereafter on October 9, 2020, Hurricane Delta made landfall

as a Category 2 hurricane with strong winds and torrential rains in the location of the insured property.

IV.

"5"

The above property was damaged as a result of winds and/or wind driven rain associated with Hurricane Laura and/or Hurricane Delta.

V.

"8"

Plaintiff, at her own cost, engaged the services of her own adjuster to complete a thorough inspection of the damage caused by Hurricane Laura and/or Hurricane Delta and prepare an accurate, complete and correct estimate of damages which showed significantly more damage than the insurer had documented.

VI.

"17"

As a result of Defendant's failure to timely pay the amounts owed, Plaintiff has suffered and continues to suffer damages for which Defendant is liable including but not limited to increased cost of construction, replacement costs completed and incurred beyond the contractual time period, loss of use beyond the contractual time period, mental anguish, emotional distress, and inconvenience, for Defendant's misrepresentations of pertinent facts concerning the amounts owed and extent of damage, its coverages, and its insurance policy provisions, as well as for failing to unconditionally tender the amounts owed to the Plaintiff within sixty (60) days of receipt of satisfactory proof of loss, because that failure was arbitrary, capricious, or without probable cause.

WHEREFORE, after due proceedings hereon, Plaintiff Miranda Robertson prays for judgment in her favor against Defendant Allstate Insurance Company finding Defendant in breach of both the insurance policy and its statutory obligations and therefore liable unto Plaintiff for all amounts due under the policy, as well as statutory penalties, damages, attorneys' fees, interest and costs.

Respectfully submitted:

**COX, COX, FILO, CAMEL & WILSON, LLC**

BY: _s/Somer G. Brown_
**MICHAEL K. COX (Bar No. 22026)**
**SOMER G. BROWN (Bar No. 31462)**
723 Broad Street
Lake Charles, LA 70601
Phone: 337-436-6611
Fax: 337-436-9541
mike@coxatty.com
somer@coxatty.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic system.

_s/Somer G. Brown_